NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LARRY DONELL BROWN,                )
DOC #T90380,                       )
                                   )
          Appellant,               )
                                   )
v.                                 )          Case No. 2D16-1941
                                   )
STATE OF FLORIDA,                  )
                                   )
          Appellee.                )
_____)

Opinion filed August 31, 2018.

Appeal from the Circuit Court for
Hillsborough County; Samantha L.
Ward, Judge.

Howard L. Dimmig, II, Public Defender,
and Mark J. O'Brien, Special Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Jason M. Miller,
Assistant Attorney General, Tampa
(withdrew after briefing); Andrew
Tetreault, Assistant Attorney General,
Tampa (substituted as counsel of
record), for Appellee.

PER CURIAM.


          Affirmed.


CASANUEVA, BLACK, and BADALAMENTI, JJ., Concur.